IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shanghai Gene Era Bio-Science Co., Ltd, <br><br> Plaintiff, <br><br> v. <br><br> Azer Scientific LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## COMPLAINT

Plaintiff, Shanghai Gene Era Bio-Science Co., Ltd ("Plaintiff" or "GEB"), by and through its undersigned attorneys, files this Complaint against defendant, Azer Scientific LLC f/k/a Azer Scientific Inc. ("Defendant" or "Azer"). In support of the Complaint, GEB alleges the following:

### NATURE OF THE ACTION

1. This action arises from Azer's failure to pay GEB for products purchased from GEB. Azer has failed and refused to pay the outstanding balance of $160,072.86. GEB seeks damages for breach of contract, account stated, and unjust enrichment.

### THE PARTIES

2. GEB is a company organized under the laws of China, with its principal place of business at No. 211 East Huancheng Road, Fengxian District, Shanghai, China 201400.

3. Azer is a company organized under the laws of the Commonwealth of Pennsylvania, with a principal place of business located at 701 Hemlock Road, Morgantown, Pennsylvania 19543.

### JURISDICTION AND VENUE

4. Jurisdiction is proper under 28 U.S.C. 1332 (a) because the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

5. Venue is proper under 28 U.S.C. 1391(b)(2) because a substantial part of the events or omissions giving rise to this litigation occurred in this judicial district and Azer is located within the Eastern District of Pennsylvania.

## FACTS

6. GEB manufactures and supplies high-quality laboratory consumables to customers worldwide.

7. Azer operates a laboratory in Berks County, Pennsylvania, and has been a long-term customer of GEB.

8. Azer engaged GEB to build molds for pipet racks and pipet tips for laboratory use and thereafter purchased racks and tips from GEB.

9. On January 6, 2022, Azer agreed to pay GEB $100,000 to build Azer Caliper 384 tip molds (the "Molds") for the production of Az 20 UL Tips[1] (the "Pipet Tips"). A true and correct copy of the January 6, 2022, email chain between Azer and GEB is attached hereto as **Exhibit A** and made a part hereof.

10. At Azer's request, GEB issued a pro forma invoice dated January 6, 2022 (the "PI"). A true and correct copy of the PI is attached hereto as **Exhibit B** and made a part hereof.

11. Azer agreed to pay a $50,000 deposit to begin the project (the "Deposit") and the remaining $50,000 upon commencement of production. *See* Exhibits A and B.

12. Azer paid the Deposit on January 27, 2022.

13. In October 2023, GEB delivered the final order of Pipet Tips produced using the Molds.

14. Despite GEB fulfilling its obligations, Azer has refused to pay the remaining $50,000 owed for the Molds.

---

[1] Az 20 UL Tips is labeled as Azer item 6001640 in Azer's system and GEB item AT020AZ-3-NS-LB in GEB's system.

15.     Between March and September of 2023, Azer also purchased various racks and tips and related lab equipment (collectively, the "Lab Supplies") from GEB on an open-account basis, agreeing to pay all invoices when due and directing all products to be shipped to Azer.

16.     Azer issued four purchase orders to GEB (collectively, the "POs"). GEB fulfilled the POs in full and issued corresponding commercial invoices ("Commercial Invoices") to Azer. Pursuant to the Commercial Invoices, payment was due within 30 days of the invoice date. True and correct copies of the POs and the Commercial Invoices are attached hereto as **Exhibits C, D, E, and F** and made a part hereof.

17.     A summary of the POs and Commercial Invoices is set forth below:

| Purchase Order | Date Issued | Invoice Date | Invoice Amount |
| --- | --- | --- | --- |
| 49868 | March 6, 2023 | April 14, 2023 | $63,798 |
| 49884 | March 6, 2023 | April 23, 2023 | $29,858.86 |
| 50077 | March 23, 2023 | April 18, 2023 | $8,640 |
| 51636 | September 5, 2023, | October 13, 2023 | $23,040 |
|  |  |  | Total: $125,336.86 |

18.     Azer accepted the Lab Supplies without objection.

19.     GEB repeatedly demanded payment from Azer, yet Azer continued to withhold payment.

20.     In a March 19, 2024, email, Azer agreed to pay the POs subject to partial credits being issued to GEB for PO 50077 and PO 51636 totaling $15,264 (the "Credits"). A true and

correct copy of the March 19, 2024, email between Azer and GEB is attached hereto as **Exhibit G** and made a part hereof.

21. On or about April 8, 2024, GEB acknowledged the Credits and agreed to reduce Azer's outstanding balance in connection with the POs to $110,072.86 in an email to Azer. GEB also renewed its demand for payment of the additional $50,000 Azer still owed for the Molds. A true and correct copy of the April 8, 2024, email is attached hereto as **Exhibit H** and made a part hereof.

22. On April 30, 2024, GEB formally issued the $15,264 credit to Azer. A true and correct copy of the issued Credit Note is attached hereto as **Exhibit I**.

23. Despite GEB's full performance, Azer has refused to pay the outstanding $160,072.86.

24. A true and correct Statement of Net Balance for Azer Scientific dated April 30, 2024, prepared by GEB, is attached hereto as **Exhibit J** and made a part hereof.

## COUNT I
## BREACH OF CONTRACT

25. GEB repeats and incorporates by reference the allegations set forth in the preceding paragraphs as though fully stated herein.

26. GEB and Azer entered into valid and enforceable contracts, as evidenced by the POs and invoices.

27. GEB fully performed its obligations under the contracts.

28. Azer has failed and refused to pay GEB the amounts due under the invoices.

29. As a direct and proximate result of Azer's breach, GEB has suffered damages in the amount of $160,072.86, plus interest from and after the dates of default.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment against Azer Scientific LLC as follows:

    a.    Awarding damages for breach of contract in the amount of $160,072.86;

    b.    Awarding pre-judgment and post-judgment interest on all amounts due at the legal rate of interest from and after the dates of default;

    c.    Granting such other and further relief as the Court deems just and proper.

## COUNT II
## ACCOUNT STATED

30. GEB repeats and incorporates the preceding paragraphs as if fully set forth at length herein.

31. GEB had an ongoing business relationship with Azer whereby GEB sold goods to Azer and Azer agreed to pay for the goods in accordance with the terms of the invoices and statements that GEB provided.

32. GEB invoiced Azer for the goods that were sold and shipped to Azer and sent monthly statements to Azer reflecting any unpaid invoices.

33. Azer received and accepted GEB's invoices, along with the corresponding goods.

34. Despite ample opportunity to review the relevant invoices, Azer has not objected to any of the unpaid invoices.

35. As a direct and proximate result of Azer's failure to satisfy its accounts as stated, GEB has suffered damages in the sum of no less than $160,072.86, plus interest from and after the dates of default.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment against Azer Scientific LLC as follows:

    a.    Awarding damages for failure to satisfy accounts stated in the amount of $160,072.86;

    b.    Awarding pre-judgment and post-judgment interest on all amounts due at the legal rate of interest from and after the dates of default; and

c.  Granting such other and further relief as the Court deems just and proper.

## COUNT III
## UNJUST ENRICHMENT – IN THE ALTERNATIVE

36. GEB repeats and incorporates the preceding paragraphs as if fully set forth herein, except for those that allege or imply a contractual agreement between GEB and Azer.

37. GEB conferred a benefit on Azer by providing goods to Azer.

38. Azer appreciated these benefits and, upon information and belief, used the goods for its business operations.

39. Despite demand, Azer has failed to pay GEB for the goods.

40. GEB reasonably expected remuneration from Azer for supplying the goods to Azer.

41. 44. The reasonable and fair value of the goods that GEB sold to Azer that remains outstanding is $160,072.86.

42. By accepting delivery of the goods from GEB, appreciating, retaining, and not paying for them, Azer has been unjustly enriched at GEB's expense in the amount of $160,072.86.

43. Therefore, it would be inequitable for Azer to retain these benefits without paying for them.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment against defendant Azer Scientific LLC as follows:

a.  Awarding damages in unjust enrichment in the amount of $160,072.86;

b.  Awarding pre- and post-judgment interest on all amounts due at the legal rate of interest from and after the dates of default; and

c.  Granting such other and further relief as the Court deems just and proper.

|  |  |
|---|---|
|  | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| Dated: March 9, 2026 | By:*/s/  Robert P. Johns III*<br>Robert P. Johns III (ID No. 209289)<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103<br>Phone: 215-569-2700<br>Facsimile:215-568-6603<br>Email: rjohns@klehr.com<br><br>*Attorneys for Plaintiff* |